UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| EUNICE HUSBAND, §<br>§<br>    Plaintiff, §<br>§<br>versus §<br>§<br>WARDEN SHULTS, *et al.* §<br>§<br>    Defendants. § | CIVIL ACTION NO. 1:20-CV-408 |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eunice Husband, proceeding *pro se*, filed this civil action pursuant to 28 U.S.C. § 1331 against Warden Shults, Unit Manager J. Tenner, and Corrections Counselor J. Bangart.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting plaintiff's motion to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge (#5) is **ADOPTED**. Plaintiff's motion

to dismiss the action (#4) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 19th day of February, 2021.

                                      MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE